BRIAN EVANS, PRO SE
1250 Fruit Valley Lane
White Salmon, Washington 98672
(808) 276-4377
Email: belasvegas@yahoo.com

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 05 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

## DIVERSITY JURISDICTION 28/1332

BRIAN EVANS

1250 Fruit Valley Lane

White Salmon, WA 98672

Plaintiff,

vs.

ANDAZ WAILEA RESORT & SPA,

3550 Wailea Alanui Dr, Wailea, HI 96753

HYATT HOTELS CORPORATION,

150 N Riverside Plaza, Chicago, IL 60606

CHRISTINA FRY, INDIVIDUALLY & IN

OFFICIAL CAPACITY AS

MANAGER AND/OR EMPLOYEE OF

ANDAZ/HYATT HOTELS,

3550 Wailea Alanui Dr, Wailea, HI 96753

Case No.: 1:24-cv-03119-MKD

**MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO HAVE DEFENDANTS SERVED VIA US MARSHALL**

MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO HAVE DEFENDANTS SERVED VIA US MARSHALL - 1

DOES 1-10

        Defendants

**MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO HAVE DEFENDANTS SERVED VIA US MARSHALL**

Plaintiff, Pro Se, Prays this Honorable Court will appoint Civil Counsel to represent him in this case. The Defendant is filing a Violation of Title VII of The Civil Rights Act of 1964 and the Defendants are a multi-billion-dollar conglomerate.

Plaintiff always prays this Honorable Court will serve the Defendants via the US Marshall's office. The Plaintiff is willing to pay for this service.

Respectfully submitted,

Brian Evans
August 5, 2024

MOTION FOR APPOINTMENT OF COUNSEL AND MOTION TO HAVE DEFENDANTS SERVED VIA US MARSHALL - 2