BRIAN EVANS/MARK ANDREW BILTZ
1250 FRUIT VALLEY LANE
WHITE SALMON, WASHINGTON 98672
(808) 276-4377
Email: croonermaui@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

BRIAN EVANS,

### *PLAINTIFF*

VS.

**ANDAZ WAILEA RESORT & SPA,**

**HYATT CORPORATION,**

**CHRISTINA FRY, INDIVIDUALLY & IN OFFICIAL CAPACITY AS MANAGER AND/OR EMPLOYEE OF ANDAZ MAUI AT WAILEA RESORT AND SPA/HYATT CORPORATION,**

**ANDAZ MAUI AT WAILEA RESORT**

### *DEFENDANTS*

Case No.: 1:24-cv-03119-MKD

**FIRST AMENDED COMPLAINT SEXUAL HARASSMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, SLANDER,**

FIRST AMENDED COMPLAINT SEXUAL HARASSMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, SLANDER, VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 DIVERSITY JURISDICTION 28/1332 - 1

## NATURE OF ACTION

1.      Plaintiff alleges that on or about August of 2023, Plaintiff BRIAN EVANS was dining at ANDAZ WAILEA RESORT AND SPA (herein known as "ANDAZ").

2. Following dinner, the Plaintiff paid his bill and walked to the front of ANDAZ WAILEA RESORT AND SPA (located on Maui, Hawaii) and asked the ANDAZ employee (it should be noted that all Defendants have 15 or more employees and thus fall under Title VII of the Civil Rights Act of 1964) to bring his car to the front of the hotel as it was valet parked by Andaz, owned by Hyatt Hotels Corporation.

3. While Plaintiff was obtaining his vehicle and out of the presence of his friend, who he was dining with, the ANDAZ employee defamed the Plaintiff by

making various hateful remarks about the Plaintiff being gay and advising the friend that he should stay away from the Plaintiff because he is gay.

4. The manager of ANDAZ, Christina Fry, was alerted of the situation, and spoke to a witness named Travis Speck, whom Plaintiff was dining with and confirmed all of the elements as claimed in this Complaint, and Ms. Fry took no action.

5. As a direct result of the statements made by the employee of ANDAZ, owned by Hyatt, the business relationship with Plaintiff's business associated ended as it pertained to what was being discussed at that meeting.

6. Plaintiff suffered embarrassment, emotional distress, and a flurry of conversation began with Plaintiff's friend and business associate to attempt to salvage the business relationship that was being discussed to no avail.

## FIRST CLAIM FOR SEXUAL HARASSMENT

7. While Plaintiff was obtaining his vehicle and out of the presence of his friend, who he was dining with, the ANDAZ employee defamed

the Plaintiff by making various hateful remarks about the Plaintiff being gay and advising the friend that he should stay away from the Plaintiff because he is gay.

## SECOND CLAIM FOR SEXUAL HARASSMENT AS A VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

8. Defendants are liable until Title VII as they employee over 15 employees.

## THIRD CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The emotional distress caused by the Defendants, who was once raped by a teacher sentenced to sixty to eighty years in prison (See State of Massachusetts vs. David Fletcher) is immeasurable. To have an employee of the Defendants, whom they are responsible for, make these statements to the Plaintiff has caused him enormous emotional distress that his psychologist will support. After numerous communications to the manager of Andaz, the Plaintiff was completely ignored.

## FOURTH CLAIM OF NEGLIGENCE

Defendants were Negligent in permitting an employee to destroy a business relationship based on the sexuality of the Plaintiff. As an employee made sexual statements towards the Plaintiff following a business meeting to the person (and

witness in this case) Plaintiff was meeting with in a restaurant at ANDAZ, all Defendants were Negligent and the comments made of the Plaintiff by the employee were bigoted at it's finest.

## PARTIES

2.      Plaintiff Brian Evans is a singer (whose music is heard on Netflix and whom himself was added to "The National Baseball Hall of Fame" for his work with William Shatner).

3. ANDAZ WAILEA RESORT & SPA is a hotel located in Kihei, Hawaii. Hyatt Hotels Corporation is a Corporation located in Chicago, Illinois.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. 1332 because there is complete diversity of citizenship between each Plaintiff and the Defendants, and the amount in controversy exceeds $75,000.

## CONCLUSION

Plaintiff BRIAN EVANS, herein files suit and seeks damages in the amount of $10 million dollars and compensatory and punitive damages as a jury determines. Please grant the latitude of a Pro Se litigant in this case as counsel is in the process of being retained. An Amended Complaint may be filed once counsel

has entered this Case at which point further elements of this cases, Claims, and otherwise may be added and expanded upon. Plaintiff requests a jury trial on all issues so triable. Plaintiff is in the process of obtaining legal counsel and may seek leave to Amend the Complaint with additional allegations. Plaintiff pray the Court will grant some latitude to the Pro Se litigants in this case while Counsel is obtained

**JURY TRIAL DEMANDED**

With Respect to The Court,

BRIAN EVANS

September 5th, 2024

FIRST AMENDED COMPLAINT SEXUAL HARASSMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, SLANDER, VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964DIVERSITY JURISDICTION 28/1332 - 6

FIRST AMENDED COMPLAINT SEXUAL HARASSMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, SLANDER, VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964DIVERSITY JURISDICTION 28/1332 - 7