BRIAN EVANS/MARK ANDREW BILTZ
1250 FRUIT VALLEY LANE
WHITE SALMON, WASHINGTON 98672
(808) 276-4377
Email: croonermaui@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

**BRIAN EVANS,**

*PLAINTIFF*

**VS.**

**HYATT CORPORATION,**

**CHRISTINA FRY, INDIVIDUALLY & IN OFFICIAL CAPACITY AS**

**MANAGER AND/OR EMPLOYEE OF ANDAZ MAUI AT WAILEA**

**RESORT AND SPA/HYATT CORPORATION,**

**ANDAZ MAUI AT WAILEA RESORT,**

**DOES 1-10**

*DEFENDANTS*

Case No.: 1:24-cv-03119-MKD

**MOTION FOR SUMMARY JUDGMENT AND MOTION FOR DEFAULT JUDGMENT**

MOTION FOR SUMMARY JUDGMENT AND MOTION FOR DEFAULT JUDGMENT - 1



The Defendants in this case filed a Perjured Affidavit before a Federal Court Judge to support their Motion to Dismiss. This is a Federal Crime for which the Plaintiff requests criminal charges against Co-Defendant be made. Additionally, because the Defendants provided such a Perjured Affidavit to this Honorable Court, the Court should enter Default Judgment for the Plaintiff. If the Plaintiff did the same, he would be held to the same standard.

**EXHIBIT A** is the Perjured Affidavit that the Defendants used to attempt to manipulate this Honorable Court into "siding" with them. **Exhibit B** is the Proof of Service, which even describes the Defendant physically and who can attest to this if called upon to do so. Plaintiff also requests sanctions as this Honorable Court sees fit. Your Honor, the Defendants attempted to scam you, a sitting Federal Judge appointed by the President of The United States.

Plaintiff asks this Court to enter Default Judgment, and to award the Plaintiff what he has filed suit for. The Defendants will lie to win, and indeed have before this Court.

Respectfully submitted,

BRIAN EVANS

1250 Fruit Valley Lane

White Salmon, WA 98672

MOTION FOR SUMMARY JUDGMENT AND MOTION FOR DEFAULT JUDGMENT - 2

Scanned with CamScanner

(808) 276-4377

September 20, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the parties and counsel of record.

The undersigned further certifies that on the date below, the foregoing was served on the Plaintiff by 1) email, 2) regular U.S. mail, and 3) messenger delivery.

DATED this 20th day of September 2024.

By: /s/ Brian Evans

Brian Evans

1250 Fruit Valley Ln.

White Salmon, WA 98672

belasvegas@yahoo.com

MOTION FOR SUMMARY JUDGMENT AND MOTION FOR DEFAULT JUDGMENT - 3

Scanned with CamScanner

# EXHIBIT A

Scanned with CamScanner

HONORABLE MARY K. DIMKE

Karl Neumann, WSBA No. 48078
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Facsimile: 206.455.8235
kneumann@cozen.com

*Attorneys for Defendants*
*Hyatt Corporation, Christina Fry,*
*and Andaz Maui at Wailea Resort*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA

BRIAN EVANS, a Washington resident,

    Plaintiff,

    v.

HYATT CORPORATION, a Foreign Corporation, CHRISTINA FRY, individually and in her official capacity as manager and/or employee of Andaz Maui at Wailea Resort and Spa, a Foreign individual, and ANDAZ MAUI AT WAILEA RESORT,

    Defendants.

No. 1:24-cv-03119-MKD

**DECLARATION OF CHRISTINA FRY IN SUPPORT OF DEFENDANTS HYATT CORPORATION, CHRISTINA FRY, AND ANDAZ MAUI AT WAILEA RESORT'S MOTION TO DISMISS**

I, Christina Fry, declare as follows:

1.    I am over the age of 18 and have first-hand, personal knowledge of the matters contained in this declaration and if called as a witness, I would be competent to testify thereto.

2.    I am employed by Hyatt Corporation ("HC"). I have been employed by HC since approximately May 2012.

CHRISTINA FRY'S DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 1
[CASE NO. 1:24-CV-03119-MKD]
72849838\1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

3.    I am currently the General Manager at the Andaz West Hollywood located at 8401 West Sunset Boulevard, West Hollywood, California 90069. I have been the General Manager at the Andaz West Hollywood since approximately January 15, 2024.

4.    Prior to being the General Manager at the Andaz West Hollywood, I was Director of Rooms at the Andaz Maui at Wailea Resort ("Andaz Maui") located in Wailea, Hawaii. I was employed at the Andaz Maui from approximately December 2021 to January 2024.

5.    I reside in West Hollywood, California. I have resided in California since January 2024.

6.    I do not maintain a residence in the State of Washington.

7.    I do not own property or businesses in the State of Washington.

8.    I was not served with process for this action in the State of Washington.

9.    I have never visited the State of Washington.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 20th day of September, 2024, in West Hollywood, California.

By: _____
                    CHRISTINA FRY

CHRISTINA FRY'S DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 2
[CASE NO. 1:24-CV-03119-MKD]
7284983811

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000


Scanned with CamScanner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and counsel of record.

The undersigned further certifies that on the date below, the foregoing was served on the Plaintiff by 1) email, 2) regular U.S. mail, and 3) messenger delivery.

DATED this 20th day of September 2024.

By: ___/s/ Karl Neumann_____
Karl Neumann, WSBA No. 48078
kneumann@cozen.com

CHRISTINA FRY'S DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 3
[CASE NO. 1:24-CV-03119-MKD]
72849838\1

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000


Scanned with
CamScanner

# EXHIBIT B

Scanned with CamScanner

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF WASHINGTON

**BRIAN EVANS**

*Plaintiff*

v.

**HYATT CORPORATION, CHRISTINA FRY, INDIVIDUALLY & IN OFFICIAL CAPACITY AS MANAGER AND/OR EMPLOYEE OF ANDAZ MAUI AT WAILEA RESORT AND SPA/HYATT CORPORATION, ANDAZ MAUI AT WAILEA RESORT, DOES 1-10**

)
)
)
)
) Civil Action No. 1:24-cv-03119-MKD
)
)
)
)
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Tiglath Gaete, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Christina Fry in Los Angeles County, CA on September 9, 2024 at 4:28 pm at 8401 Sunset Boulevard, West Hollywood, CA 90069 by personal service by handing the following documents to an individual identified as Christina Fry.

Complaint
Summons

Additional Description:
Personal serve to Christina Fry. Accepted documents with no problems whatsoever.

White Female, est. age 25-34, glasses: Y, Multi hair, 100 lbs to 120 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.0953208,-118.3735345
Photograph: See Exhibit 1

Proof
Job
#657777

THIS MUST BE SERVED ON HER INDIVIDUALLY. THIS IS A HOTEL AND CHRISTINA FRY IS THE GENERAL MANAGER OF THE HOTEL. YOU ARE SERVING HER AT THE HOTEL AND NOT AT A RESIDENCE. THE ADDRESS IS THE HOTEL WHERE SHE IS GENERAL MANAGER (GM).

Page 1

Scanned with CamScanner

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County                    ,

CA        on    9/11/2024            .

/s/ *Tiglath Gaete*

Signature
Tiglath Gaete
+1 (818) 442-1761

Proof    THIS MUST BE SERVED ON HER INDIVIDUALLY. THIS IS A HOTEL AND CHRISTINA FRY IS THE
Job    GENERAL MANAGER OF THE HOTEL. YOU ARE SERVING HER AT THE HOTEL AND NOT AT A    Page 2
#657777    RESIDENCE. THE ADDRESS IS THE HOTEL WHERE SHE IS GENERAL MANAGER (GM).



Exhibit 1a)