HONORABLE MARY K. DIMKE

Karl Neumann, WSBA No. 48078
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Facsimile: 206.455.8235
kneumann@cozen.com

*Attorneys for Defendants*
*Hyatt Corporation, Christina Fry,*
*and Andaz Maui at Wailea Resort*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| BRIAN EVANS, a Washington resident,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, a Foreign Corporation, CHRISTINA FRY, individually and in her official capacity as manager and/or employee of Andaz Maui at Wailea Resort and Spa, a Foreign individual, and ANDAZ MAUI AT WAILEA RESORT,<br><br>    Defendants. | No. 1:24-cv-03119-MKD<br><br>**DECLARATION OF KARL NEUMANN IN SUPPORT OF DEFENDANTS HYATT CORPORATION, CHRISTINA FRY, AND ANDAZ MAUI AT WAILEA RESORT'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

I, Karl Neumann, declare as follows:

1.    I am an attorney at law, duly licensed to practice before the Courts of the State of Washington, a member with the law firm of Cozen O'Connor in the above-entitled action, and counsel of record for Defendants Hyatt Corporation, Christina Fry and Andaz Maui at Wailea Resort. I have first-hand,

DECL. OF KARL NEUMANN IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 1
[CASE NO. 1:24-CV-03119-MKD]
73282913\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

personal knowledge of the matters contained in this declaration and if called as a witness, I would be competent to testify thereto.

2. The following pleadings/records below are provided for ease of reference or because they were not readily available through citation on publicly accessible electronic databases.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the docket of *Evans v. Bos. Red Sox*, U.S. District Court for the District of Massachusetts Case No. 1:13-cv-13259, regarding the Court's Order on Plaintiff's alleged perjury (Dkt. Entry 137).

4. Attached as **Exhibit B** is a true and correct copy of the July 26, 2013 Order Dismissing Second Amended Complaint, Denying Plaintiff's Application to Proceed Without Prepaying Fees or Costs as Moot, and Denying Plaintiff's Motion for Reconsideration entered in the *Evans v. Patrick* matter, Case No. 13-00268 SOM/BMK in the U.S. District Court for the District of Hawaii.

5. Attached as **Exhibit C** is a true and correct copy of the July 25, 2013 Order Dismissing Second Amended Complaint and Denying Plaintiff's Application to Proceed Without Prepaying Fees or Costs as Moot entered in the *Evans v. Town of Hampton* matter, Case No. 13-00315 SOM/KSC in the U.S. District Court for the District of Hawaii.

6. Attached as **Exhibit D** is a true and correct copy of the July 30, 2013 Order Dismissing Complaint and Denying Plaintiff's Application to

DECL. OF KARL NEUMANN IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 2
[CASE NO. 1:24-CV-03119-MKD]
73282913\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Proceed Without Prepaying Fees or Costs as Moot entered in the *Evans v. Paragon Properties* matter, Case No. 13-00355 SOM/BMK in the US District Court for the District of Hawaii.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 4th day of October, 2024, in Seattle, Washington.

By: /s/ *Karl Neumann*
Karl Neumann, WSBA No. 48078

DECL. OF KARL NEUMANN IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO DISMISS - 3
[CASE NO. 1:24-CV-03119-MKD]
73282913\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties and counsel of record.

DATED this 4th day of October 2024.

By:   */s/ Karl Neumann*
Karl Neumann, WSBA No. 48078
kneumann@cozen.com

DECL. OF KARL NEUMANN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS - 4
[CASE NO. 1:24-CV-03119-MKD]
73282913\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000