BRIAN EVANS
1250 FRUIT VALLEY LANE
WHITE SALMON, WASHINGTON 98672
(808) 276-4377
Email: croonermaui@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

BRIAN EVANS,

   *PLAINTIFF*

VS.

HYATT CORPORATION,

CHRISTINA FRY, INDIVIDUALLY & IN OFFICIAL CAPACITY AS

MANAGER AND/OR EMPLOYEE OF ANDAZ MAUI AT WAILEA

RESORT AND SPA/HYATT CORPORATION,

ANDAZ MAUI AT WAILEA RESORT,

DOES 1-10

   *DEFENDANTS*

Case No.: 1:24-cv-03119-MKD

**MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff, BRIAN EVANS, was diagnosed last week with cancer (See **Exhibit A**).

MOTION TO DISMISS WITHOUT PREJUDICE - 1



As a result, the Plaintiff wishes to Dismiss the case without Prejudice at this time while he seeks treatment. If the Plaintiff wishes to bring this action again, it will be brought in the state of Hawaii. Every claim made in the Plaintiff's Complaint and Reply were absolutely true.

The Plaintiff also leaves it to the Court as to whether it wishes to do anything about the perjured Affidavit filed by Co-Defendant claiming she was not served when she indeed was. The Plaintiff believes had that been the other way around, this Honorable Court would have undoubtedly seen motions filed by the Defendants claiming I did the same and seeking sanctions.

Respectfully submitted,

/s/ Brian Evans

BRIAN EVANS

1250 Fruit Valley Lane

White Salmon, WA 98672

(808) 276-4377

October 8th, 2024

MOTION TO DISMISS WITHOUT PREJUDICE - 2

Scanned with CamScanner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the parties and counsel of record. The undersigned further certifies that on the date below, the foregoing was served on the Plaintiff by email and regular U.S. mail.

MOTION TO DISMISS WITHOUT PREJUDICE - 3

 Scanned with CamScanner

DATED this 8th day of October 2024.

By: /s/ Brian Evans

Brian Evans

1250 Fruit Valley Ln.

White Salmon, WA 98672

belasvegas@yahoo.com

MOTION TO DISMISS WITHOUT PREJUDICE - 4


Scanned with CamScanner

# EXHIBIT A

Scanned with CamScanner



**S K Y L I N E**
**HEALTH**
MEDICAL CLINIC
PO BOX 99
WHITE SALMON, WA 98672
509.637.2810

To whom it may concern,

Mr. Evans is under my care and has required several procedures for treatment of a new diagnosis of cancer. He has another surgery scheduled for October 7th and will require several weeks of recovery prior to clearance for air travel.

Please feel free to contact the office with any additional questions.

Regards,

Tyler Mittelstaedt, MD/MPH
Skyline Hospital General Surgery
211 NE Skyline Dr.
White Salmon, WA 98672
(509) 637-2810

Scanned with

CamScanner