FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, CHRISTINA FRY, individually & in official capacity as manager and/or employee of Andaz Maui at Wailea Resort and Spa, and ANDAZ MAUI AT WAILEA RESORT,<br><br>    Defendants. | No. 4:24-CV-03119-SAB<br><br>**ORDER DISMISSING ACTION** |

     Before the Court is Plaintiff's Motion to Dismiss Without Prejudice, ECF No. 46. Plaintiff filed his Complaint on August 5, 2024, ECF No. 1. Plaintiff is representing himself in this matter. He now moves to dismiss his action without prejudice because he was recently diagnosed with cancer.

//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss Without Prejudice, ECF No. 46, is **GRANTED**.

2. All pending motions are dismissed, as moot.

3. Pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned is **DISMISSED**, without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** this file.

**DATED** this 10th day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**